510 A.2d 1389

**Carl H. SPITLER**

v.

**Carolyn M. SPITLER, Appellant.**

Supreme Court of Pennsylvania.

Argued June 4, 1986.

Decided June 24, 1986.

John C. Howett, Jr., for appellant.

Albert Momjian, amicus American Academy of Matrimonial Lawyers, American Civil Liberties Union, Pa. National Organization for Women, Pa. Bar Association, Women's Law Project, Philadelphia Bar Association.

Edward Finkelstein, LeRoy S. Zimmerman, Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

PER CURIAM:

Appeal dismissed as having been improvidently granted.

574

LARSEN, J., dissents.

HUTCHINSON, J., would quash the appeal.